UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TODD JOHNSON,<br>*Plaintiffs,* | : | CIVIL ACTION NO: |
| vs. | : | JUDGE: |
| STATE FARM FIRE AND CASUALTY COMPANY,<br>*Defendant.* | : | MAGISTRATE JUDGE: |

### AFFIDAVIT

STATE OF LOUISIANA:

PARISH OF CALCASIEU:

**Christopher J. Rinn**, being first duly sworn on oath, deposes and says that he is the attorney for **STATE FARM FIRE AND CASUALTY COMPANY,** in this Notice of Removal and that, all and singular, the allegations of fact contained therein are true and correct to the best of his knowledge, information and belief.

_____
CHRISTOPHER J. RINN

Sworn to and subscribed before me at Lake Charles, Louisiana, on this 19th day of October, 2022.

Notary Public: Heather D Wyatt
Printed Name: Heather D Wyatt
Notary ID No.: 55469
Commission Expires at Death