| | | |
|---|---|---|
| TODD JOHNSON | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2022-3637, DIV. D | : | PARISH OF CALCASIEU |
| STATE FARM FIRE AND CASUALTY COMPANY | : | STATE OF LOUISIANA |
| FILED:_____ | : | _____<br>DEPUTY CLERK OF COURT |

### RESPONSES TO REQUESTS FOR ADMISSIONS

TO: **STATE FARM FIRE AND CASUALTY COMPANY**
Through their attorney of record:
Christopher J. Rinn
Plauche, Smith & Nieset
718 Ryan Street
Lake Charles, Louisiana 70601

Plaintiff, **TODD JOHNSON**, through undersigned counsel, responds to the following Requests for Admissions propounded by Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**:

**REQUEST FOR ADMISSION # 1:**

Admit that the total amount in controversy of this case exceeds the sum or value of $75,000.00, inclusive of all actual damages, exemplary damages, statutory penalties, and attorney fees, but exclusive of costs and judicial interest.

**RESPONSE TO REQUEST FOR ADMISSION #1:**

Admitted.

**REQUEST FOR ADMISSION # 2:**

Admit that the total amount in controversy of this case exceeds the sum or value of $50,000.00, inclusive of all actual damages, exemplary damages, statutory penalties, and attorney fees, but exclusive of costs and judicial interest.

**RESPONSE TO REQUEST FOR ADMISSION #2:**

Admitted.


EXHIBIT A

Respectfully submitted,

COX, COX, FILO, CAMEL & WILSON, LLC

BY: _____
PAUL J. COX (Bar No. 23009)
723 Broad Street
Lake Charles, LA 70601
Phone: 337-436-6611
Fax: 337-436-9541
paul@coxatty.com
shannon@coxatty.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have provided a copy of the above and foregoing via electronic mail, facsimile hand-delivery with signed receipt, and/or United States Mail, postage prepaid and properly addressed to all known counsel of record.

Lake Charles, Louisiana, this ___3rd___ day of October, 2022.

_____
PAUL J. COX